**FILED**

08/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0383



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0383

SAMANTHA VULLES, SHERI
ESTENSON, et. al,

      Plaintiffs and Appellants,

   v.

THIES & TALLE MANAGEMENT, INC.,
THIES & TALLE ENTERPRISES, INC.,
ALAMANOR INVESTORS LIMITED
PARTNERSHIP, AND JOHN DOES 1-4

      Defendants and Appellees.

**AMENDED ORDER OF
MEDIATOR APPOINTMENT**

    This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

    IT IS ORDERED THAT **Alice J. Hinshaw,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5),

    A notice advises that this appeal is from a money judgment of less than $5,000. **Pursuant to Rule 7(4)(f), M.R.App.P., the appointed mediator shall serve Pro Bono and the mediator's incidental expenses shall be shared equally by the parties.** and

    IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

    A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

    DATED this August 24, 2023.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Christopher W. Froines, Ben Kappelman, Alice J. Hinshaw